UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

IN RE BRUCE MARTIN,

Debtor.

Chapter 13
Bankr. Case No. 04-17210

Dist. Ct. Case No. 1:06-CV-1311
(LEK)

## **DECISION AND ORDER**

Appellant George Hom ("Appellant" or "Hom") is appealing from an Order of the United States Bankruptcy Court for the Northern District of New York (*Littlefield, B.J.*), dated September 5, 2006.  <u>See</u> Dkt. No. 1.  Hom's Notice of Appeal was dated September 28, 2006,[1] was filed with the Bankruptcy Court on October 4, 2006, and was filed in this Court on October 27, 2006.  <u>See</u> Dkt. Nos. 1 & 2.  Appellant has not complied with Bankruptcy Rules 8001, 8002, and 8006, and this Court has received the Notice of Non-Compliance from the Clerk of the Bankruptcy Court.  <u>See</u> Dkt. No. 2, Attach. 3.  No extension of time has been granted.  <u>Id.</u>

Accordingly, it is hereby:

**ORDERED**, that the appeal is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court shall serve copies of this Order by regular mail upon the parties to this action.

**IT IS SO ORDERED**.

DATED:    November 1, 2006
          Albany, New York

*/s/ Lawrence E. Kahn*
Lawrence E. Kahn
U.S. District Judge

---

[1] Amended Notice of Appeal was dated October 11, 2006.  <u>See</u> Dkt. No. 1, Attach. 6.